# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2536
Lower Tribunal No. 11-2021-CF-958

_____

CEDRIC HAGERTY PATTERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Elizabeth V. Krier, Judge.

October 7, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and WHITE, JJ., concur.


Keith W. Upson, of The Upson Law Group, P.L., Naples, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED